FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

_____

WESTVIEW MOBILE HOME PARK, LLC,

      Plaintiff, Appellee,
      and Cross-Appellant.

    v.

DAVID LOCKHART AND DOREEN
LOCKHART,

      Defendants and Appellants.

-----------------------------------------------------------

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS MARTINEZ,
Individually and KRISTYN MARTINEZ,
Individually,

      Plaintiffs and Appellees,

    v.

HYDI CUNNINGHAM,

      Defendant and Appellant

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2023